UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    -against-

FREDDY ABAD,

                                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

01 Crim. 831-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's unopposed request for appointment of counsel with regard to his successive motion under 28 U.S.C. § 2255, (ECF No. 113), is GRANTED. The Clerk of Court is directed to mail a copy of this order to Defendant.

Dated: New York, New York
       January 27, 2021

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge