



February 2, 2021

Hon. George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED:**

George B. Daniels, U.S.D.J.

Dated: FEB 0 3 2021

RE: <u>United States v. Freddy Abad</u>
09-CV-8985
01-Cr-831

Dear Judge Daniels:

    The Court recently appointed me to represent Mr. Abad in connection with his stated intention to file a petition pursuant to 28 U.S.C. § 2255. Because this case is quite old, many of the documents necessary for the petition are not easily available. I have therefore consulted with the government, and the parties jointly propose the following briefing schedule:

- Abad § 2255 Petition, due April 5, 2021
- Govt. Response, due May 7, 2021
- Defense Reply, due May 21, 2021

Thank you for your consideration.

Sincerely,

/s/

Florian Miedel
*Counsel for Freddy Abad*

Cc:     AUSA Marguerite Colson (email)