

Miedel & Mysliwiec LLP

May 7, 2021

**SO ORDERED:**

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

Dated: **MAY 17 2021**

Hon. George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        RE:      **United States v. Freddy Abad**
                      **09-CV-8985**
                      **01-Cr-831**

Dear Judge Daniels:

    At the end of January 2021, the Court appointed me to represent Mr. Abad in connection with his stated intention to file a petition pursuant to 28 U.S.C. § 2255, following a *Davis* remand from the Second Circuit. The Court directed that the petition be filed on or before May 7, 2021.

    I have examined the factual record and researched the law. Because Mr. Abad's 18 U.S.C. § 924(c) conviction was based not only on Hobbs Act robbery conspiracy, but also on substantive Hobbs Act robbery, and because Mr. Abad's 18 U.S.C. § 924(i) conviction was based on Hobbs Act robbery, I am not in a position to submit a non-frivolous memorandum of law in support of a § 2255 Petition. Accordingly, I respectfully ask to be relieved from representing Mr. Abad in this matter.

    However, I do not wish to deprive Mr. Abad of his right to file a § 2255 petition on his own. I therefore respectfully request that Mr. Abad be permitted to file any submission within 90 days, if he so desires.

    Thank you for your consideration.

                                  Sincerely,

                                  /s/

                                  Florian Miedel
                                  *Counsel for Freddy Abad*

Cc:    AUSA Marguerite Colson (email)
        Freddy Abad (US Mail)