UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA

       -against-

FREDDY ABAD,

              Defendant.

ORDER

01 Crim. 831 (GBD)

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

Defendant's Motion to Supplement, (ECF No. 130), is GRANTED.

Dated: October 6, 2022
      New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge