UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

FREDDY ABAD,

          Defendant.

------------------------------------x

ORDER

01-cr-831 (GBD)

GEORGE B. DANIELS, United States District Judge:

    On March 4, 2025, Defendant filed a motion for appointment of counsel. On March 11, 2025, this Court granted Defendant's request for appointment of counsel. The Clerk of Court is directed to close the open motion at ECF No. 136.

Dated: May 14, 2025
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge