UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

    -against-

FREDDY ABAD,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

01-cr-831 (GBD)

GEORGE B. DANIELS, United States District Judge:

    On March 11, 2025, this Court granted defense counsel's request to be appointed for the purposes of assisting Defendant with his compassionate release claim. Defense counsel is hereby ordered to file a supplemental compassionate release motion or inform this Court that he has not found grounds to make such a motion by July 1, 2025. The Government's response is due August 1, 2025.

Dated: May 14, 2025
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge