**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

   -against-

FREDDY ABAD,

     Defendant.

------------------------------------- x

ORDER

01-cr-831 (GBD)

GEORGE B. DANIELS, United States District Judge:

  On January 30, 2025, Defendant filed a motion for reduction of sentence. The Court of Clerk is directed to reopen the case for the pendency of Defendant's motion.

Dated: May 14, 2025
   New York, New York

          SO ORDERED.

          *George B. Daniels*
          GEORGE B. DANIELS
          United States District Judge