# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Tel: (212) 571-5500
Fax: (212) 571-5507

Rachel Perillo

August 28, 2025

**By ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED.**

*/s/ George B. Daniels*

Hon. George B. Daniels
**August 28, 2025**

Re:   United States v. Freddy Abad
      01 Cr. 831 (GBD)

Dear Judge Daniels:

I am the attorney for Freddy Abad, the defendant in the above-named matter. This letter is respectfully submitted without objection from the government, by AUSA Matthew Shahabian, to request a one-week extension of Mr. Abad's deadline to submit a supplemental compassionate release motion, which is currently due on September 2, 2025. An extension is needed because we are still in the process of obtaining certain information that is needed for our motion. The Court previously granted Mr. Abad's request for a sixty-day extension of the motion deadline; however, an extension of an additional week should provide sufficient time to obtain the necessary information prior to filing.

If the Court has any questions regarding this matter, please do not hesitate to contact me.

Respectfully submitted,
/s/
David Stern

cc:   AUSA Matthew Shahabian (by ECF)