ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

July 23, 2026

Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:
George B. Daniels
George B. Daniels, U.S.D.J.
Dated: JUL 27 2026

Re: United States v. Freddy Abad
01 Cr. 831 (GBD)

Dear Judge Daniels:

I represented Mr. Freddy Abad in the above referenced case. An associate of my firm, Rachel Perillo expended a total of 37.8 hours, nunc pro tunc to May 14, 2025, assisting me on the compassionate release motion. Ms. Perillo's work included, but was not limited to, the review of voluminous records, legal research and writing, and communications with the defendant.

I apologize for not seeking pre-approval, before the case was finalized. I respectfully pray that the Court approve payment at an hourly rate of $158.00 for associate time in this matter.

If your Honor needs any additional information, please do not hesitate to contact of my office. Thank you for your attention.

Sincerely,

David Stern
David Stern